as ordered and on September 19, 1919, the plaintiff made demand by letter on the defendants for the return of this payment with interest. The defendants refused to repay the amount in American dollars and alleged that under the terms of the order for cable transfer dated December 18, 1916, no liability was to attach to the defendants nor to their correspondents for any loss or damage in consequence of any delay or mistake in transmitting the message or through any other cause beyond their control, and then alleged that, owing to the pendency of the war between the United States and Germany, communication was suspended for a period of time and that during such time they took no steps to procure the payment as agreed.

*William L. Woodward* for appellant.

*Arthur B. Brenner* and *Edwin Kessler, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: POUND and CRANE, JJ.

---

In the Matter of the Estate of CHARLES BUHRE, Deceased. GEORGE BUHRE, Respondent; MATILDA LOH, Appellant.

*Decedent's estate — executors and administrators — gift — proceeding for discovery and delivery of property belonging to estate — insufficiency of evidence to establish gift inter vivos.*

*Matter of Buhre,* 216 App. Div. 822, affirmed.

(Submitted December 3, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1926, which affirmed a decree of the Kings County Surrogate's Court directing delivery of personal property belonging to the estate of Charles Buhre, deceased, to the administrator in a proceeding under sections 205 and 206 of the Surrogate's Court Act for

the discovery and delivery of property. The appellant herein interposed an answer claiming a gift *inter vivos* of the ·property in question. The surrogate held that there was no sufficient evidence to establish such gift.

*Edward J. Flanagan* for appellant.

*Quinto J. Porcella* for respondent.

Order affirmed, with costs against appellant personally; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

———————

THOMAS H. SYMINGTON, Respondent, *v.* IDA M. SYMINGTON, Appellant.

*Appeal — order reversing order of Special Term denying motion for leave to discontinue and granting motion — appeal therefrom to Court of Appeals dismissed.*

*Symington* v. *Symington*, 218 App. Div. 724, appeal dismissed.

(Argued January 11, 1927; decided January 18, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1926, which reversed an order of Special Term denying a motion for leave to discontinue. and granted said motion.

*Harold H. Corbin, Edward J. Bennett* and *Max D. Steuer* for appellant.

*John Wallace Young, George Gordon Battle* and *Gordon Gordon* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.